1  PHILLIP A. TALBERT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:23-CR-0162-DAD

12                    Plaintiff,          STIPULATION REGARDING THE SETTING OF
                                          A STATUS CONFERENCE ON AUGUST 29, 2023;
13          v.                            FINDINGS AND ORDER

14  JORGE OMAR ARREDONDO-GARCIA,          COURT: Hon. Dale A. Drozd
    GREGORIO ONTIVEROS VERDUGO,
15  ALBERTO NAVARRO ZAPATA, and
    WILFREDO F. REYES,
16
                      Defendants.
17

18                           **STIPULATION**

19       1.      By previous order, this matter was previously set for status conference on August 29,

20  2023, before the Honorable John A. Mendez. *See, e.g.*, ECF No. 28.  Time has already been excluded as

21  to the above-captioned four defendants[1] until this date.

22       2.      On July 13, 2023, the August 29 status hearing was vacated and the case was reassigned

23  to the Honorable Dale A. Drozd.  ECF Nos. 45, 46.  The parties have confirmed with the Courtroom

24  Deputy that August 29, 2023, is also an available date for District Judge Drozd.

25

26  //

27  ───────────────────
        [1] The remaining defendant, JOSE MANUEL ONTIVEROS VERDUGO, was transported from
28  Avenal State Prison and was arraigned on the indictment on July 21, 2023.  ECF Nos. 37, 51.  His status
    conference has already been set for August 29, 2023, before this Court.  ECF No. 51.

        STIPULATION REGARDING THE SETTING OF A STATUS        1
        CONFERENCE ON AUGUST 29, 2023

1      3.      By this stipulation, defendants now move to reset the date for the status conference on

2   August 29, 2023.  IT IS SO STIPULATED.

3

4   Dated:  August 8, 2023                                        PHILLIP A. TALBERT
                                                                   United States Attorney
5

6                                                           By: /s/ ADRIAN T. KINSELLA
                                                                ADRIAN T. KINSELLA
7                                                               Assistant United States Attorney

8   Dated:  August 8, 2023                                      /s/ J. PATRICK MCCARTHY
                                                                J. PATRICK MCCARTHY
9                                                               Counsel for Defendant
10                                                              JORGE OMAR ARREDONDO-GARCIA

11  Dated:  August 8, 2023                                      /s/ CANDICE FIELDS
                                                                CANDICE FIELDS
12                                                              Counsel for Defendant
                                                                GREGORIO ONTIVEROS VERDUGO
13

14  Dated:  August 8, 2023                                      /s/ TASHA P. CHALFANT
                                                                TASHA P. CHALFANT
15                                                              Counsel for Defendant
                                                                ALBERTO NAVARRO ZAPATA
16

17  Dated:  August 8, 2023                                      /s/ MICHAEL D. LONG
                                                                MICHAEL D. LONG
18                                                              Counsel for Defendant
                                                                WILFREDO REYES
19

20
                                         **ORDER**
21

22       IT IS SO ORDERED.

23  Dated:  **August 8, 2023**              _____
                                            UNITED STATES DISTRICT JUDGE
24

25

26

27

28

STIPULATION REGARDING THE SETTING OF A STATUS            2
CONFERENCE ON AUGUST 29, 2023