HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOSE MANUEL ONTIVEROS VERDUGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. JORGE OMAR ARREDONDO-GARCIA, et al., Defendant. | Case No:  2:23-CR-0162-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>District Judge Dale A. Drozd<br>New Date: November 21, 2023<br>Time:          9:30 a.m. |
|---|---|

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, ADRIAN KINSELLA, Assistant United States Attorney, attorney for the GOVERNMENT; PATRICK McCARTHY, attorney for Defendant JORGE OMAR ARREDONDO-GARCIA; CANDICE FIELDS and DAVID FISCHER, attorneys for Defendant GREGORIO ONTIVEROS VERDUGO; RACHELLE BARBOUR, attorney for Defendant, JOSE MANUEL ONTIVEROS VERDUGO; TASHA PARIS CHALFANT, attorney for Defendant ALBERTO NAVARRO ZAPATA; and MICHAEL LONG, attorney for Defendant WILFREDO F. REYES, that the status conference currently set for August 29, 2023, be continued to Tuesday, November 21, 2023 at 9:30 a.m., and that time be excluded for preparation of counsel.

The indictment in this matter was filed on June 29, 2023.  Doc. 25.  The final Defendant, Jose Manuel Ontiveros Verdugo, just made his first appearance on July 21, 2023.  (Doc. 51.) The government has produced discovery that consists of approximately 700 pages of Bates-

stamped documents and over 72.8 gigabytes of native files, including cell phone databases and other items for defense review, all covered by a protective order.

    Since the start of the case, Defense counsel have been reviewing and analyzing the above, conducting legal research, meeting with their clients, and otherwise preparing for trial.  The above tasks are ongoing, and the defense requires additional time to review discovery, discuss the case with their clients and the Government, and continue to prepare.  The parties believe that failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Accordingly, the parties stipulate and request that the Court exclude time between the date of the filing of this stipulation through the new status conference date of November 21, 2023 under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).  The parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Date: August 22, 2023

/s/ Patrick McCarthy
PATRICK McCARTHY
Attorney for Defendant
JORGE OMAR ARREDONDO-GARCIA

/s/ Candice Fields
CANDICE FIELDS
DAVID FISCHER
Attorneys for Defendant
GREGORIO ONTIVEROS VERDUGO

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
JOSE MANUEL ONTIVEROS VERDUGO

/s/ Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
ALBERTO NAVARRO ZAPATA

|  |  |
|---|---|
|  | /s/ Michael Long<br>MICHAEL LONG<br>Attorney for Defendant<br>WILFREDO F. REYES |
| DATED: August 22, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|  | /s/ Adrian Kinsella<br>ADRIAN KINSELLA<br>Assistant U.S. Attorney<br>Attorney for the United States |

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: **August 22, 2023**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE