HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOSE MANUEL ONTIVEROS VERDUGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>vs.<br><br>JORGE OMAR ARREDONDO-GARCIA, et al.,<br>　　　Defendant. | Case No:  2:23-CR-0162-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>District Judge Dale A. Drozd<br>New Date: June 11, 2024<br>Time:　　　9:30 a.m. |

　　　IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, ADRIAN KINSELLA, Assistant United States Attorney, attorney for the GOVERNMENT; PATRICK McCARTHY, attorney for Defendant JORGE OMAR ARRENDONDO-GARCIA; DINA SANTOS, attorney for Defendant GREGORIO ONTIVEROS VERDUGO; RACHELLE BARBOUR, attorney for Defendant JOSE MANUEL ONTIVEROS VERDUGO; MARK REICHEL, attorney for Defendant ALBERTO NAVARRO ZAPATA; and MICHAEL LONG, attorney for Defendant WILFREDO F. REYES, that the status conference currently set for Tuesday, March 26, 2024, be continued to Tuesday, June 11, 2024 at 9:30 a.m., and that time be excluded for preparation of counsel.

　　　There is a protective order in this multi-defendant case.  (Doc. 69.)  The Government first produced discovery consisting of approximately 700 pages of Bates-stamped documents and over 73.9 gigabytes of native files, including cell phone databases and other items for defense

review.  The Government then produced over 1400 pages of additional protected discovery.  A third production of approximately 2000 pages of protected discovery was just received last week.

Since the start of the case, Defense counsel have been reviewing and analyzing the above, conducting legal research, meeting with their clients, and otherwise preparing for trial.  The above tasks are ongoing, and the defense requires additional time to review discovery, discuss the case with their clients and the Government, and continue to prepare.  The parties believe that failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the parties stipulate and request that the Court exclude time between the date of the filing of this stipulation through the new status conference date of June 11, 2024 under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).  The parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Date: March 20, 2024

/s/ Patrick McCarthy
PATRICK McCARTHY
Attorney for Defendant
JORGE OMAR ARREDONDO-GARCIA

/s/ Dina Santos
DINA SANTOS
Attorneys for Defendant
GREGORIO ONTIVEROS VERDUGO

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
JOSE MANUEL ONTIVEROS VERDUGO

/s/ Mark Reichel
MARK REICHEL
Attorney for Defendant
ALBERTO NAVARRO ZAPATA

```
                                /s/ Michael Long
                                MICHAEL LONG
                                Attorney for Defendant
                                WILFREDO F. REYES

DATED: March 20, 2024           PHILLIP A. TALBERT
                                United States Attorney

                                /s/ Adrian Kinsella
                                ADRIAN KINSELLA
                                Assistant U.S. Attorney
                                Attorney for the United States
```

O R D E R

Pursuant to the stipulation of the parties and good cause appearing, the status conference currently set for Tuesday, March 26, 2024, is continued to Tuesday, June 11, 2024 at 9:30 a.m., and time is excluded under Local Code T4 for preparation of counsel.

IT IS SO ORDERED.

Dated: __**March 20, 2024**__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE