**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
ALBERTO NAVARRO ZAPATA

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br><br>ALBERTO NAVARRO ZAPATA,<br><br>       Defendant | Case No. 2:23-CR-00162-DAD-4<br><br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>DATE: AUGUST 31, 2026<br>TIME: 9:30 AM<br>COURT: HON. DALE A. DROZD |

## STIPULATION

The parties have agreed to continue the date for sentencing August 31, 2026.

Due to schedule conflicts, additional time was needed to meet with Probation to complete the presentence interview.

Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

Judgment and Sentencing Date:                    August 31, 2026

Reply, or Statement of Non-Opposition:           August 24, 2026

*Stipulation & Order to Continue Sentencing*
*1*

| | |
|---|---|
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | August 17, 2026 |
| The final Presentence Report shall be filed with the Court no later than: | August 10, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 3, 2026 |
| The draft Presentence Report shall be disclosed to the parties on: | July 20, 2026 |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: June 9, 2026                    Eric Grant
                                       United States Attorney


                                       /s/ADRIAN KINSELLA
                                       ADRIAN KINSELLA
                                       Assistant United States Attorney

Dated: June 9, 2026                    REICHELLAW PC


                                       /s/ MARK REICHEL
                                       MARK REICHEL
                                       Counsel for Defendant
                                       Alberto Navarro Zapata

## ORDER

Based on the agreement and stipulation of the parties and good cause appearing, the sentencing hearing as to this defendant previously scheduled for July 27, 2026, is continued to August 31, 2026, at 9:30 a.m. and the presentence report related filing schedule proposed by the parties is adopted.

IT IS SO ORDERED.

Dated:  **June 9, 2026**                    _____
                                       DALE A. DROZD
                                       UNITED STATES DISTRICT JUDGE

*Stipulation & Order to Continue Sentencing*
*2*