**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
ALBERTO NAVARRO ZAPATA

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ALBERTO NAVARRO ZAPATA,<br>Defendant | Case No. 2:23-CR-00162-DAD-4<br><br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>DATE: OCTOBER 26, 2026<br>TIME: 9:30 AM<br>COURT: HON. DALE A. DROZD |

**STIPULATION**

The parties have agreed to continue the date for sentencing October 26, 2026.

Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | October 26, 2026 |
| Reply, or Statement of Non-Opposition: | October 19, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 12, 2026 |

| | |
|---|---|
| The final Presentence Report shall be filed with the Court no later than: | October 5, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 28, 2026 |
| The draft Presentence Report has been disclosed to the parties on: | July 20, 2026 |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: August 5, 2026

Eric Grant
United States Attorney

*/s/ADRIAN KINSELLA*
ADRIAN KINSELLA
Assistant United States Attorney

Dated: August 5, 2026

REICHELLAW PC

*/s/ MARK REICHEL*
MARK REICHEL
Counsel for Defendant
Alberto Navarro Zapata

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to defendant Albert Navarro Zapata, previously scheduled for August 31, 2026, is continued to October 26, 2026, at 9:30 a.m. and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated: **August 11, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE