**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
ALBERTO NAVARRO ZAPATA

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ALBERTO NAVARRO ZAPATA,<br>Defendant | Case No. 2:23-CR-00162-DAD-4<br><br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>DATE: DECEMBER 21, 2026<br>TIME: 9:30 AM<br>COURT: HON. DALE A. DROZD |

**STIPULATION**

The parties have agreed to continue the date for sentencing to December 21, 2026.

Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | December 21, 2026 |
| Reply, or Statement of Non-Opposition: | December 14, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 7, 2026 |

| | |
|---|---|
| The final Presentence Report has been filed with the Court: | October 6, 2026 |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: November 4, 2026

Eric Grant
United States Attorney

/s/ADRIAN KINSELLA
ADRIAN KINSELLA
Assistant United States Attorney

Dated: November 4, 2026

REICHELLAW PC

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
Alberto Navarro Zapata

**ORDER**

Based on the agreement and stipulation of the parties and good cause appearing, the sentencing hearing scheduled for November 9, 2026, is continued to December 21, 2026, at 9:30 a.m. and the presentence report related filing schedule proposed by the parties is adopted.

IT IS SO ORDERED.

Dated: **November 4, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE